# Northern Alabama Railway Co. v. Inman.

APPEAL from Walker Circuit Court.

Tried before the Hon. JAMES J. BANKS.

R. T. SIMPSON, for appellant.

COLEMAN & BANKHEAD, for appellee.

This action was brought by the appellee against the appellant, to recover damages for the alleged negligent killing of a cow. The appeal is from a judgment in favor of the plaintiff.

The judgment is affirmed; the court holding that the trial court committed no error, under the evidence as shown by the record, in refusing to give the general affirmative charge requested by the defendant.—*L. & N. R. R. Co. v. Rice,* 101 Ala. 676.

Opinion by DOWDELL, J.